# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>v.<br><br>MARIA JACQUELINE DELGADO ROCHA (7),<br>                                Defendant. | Case No.: 23-cr-0618-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On January 23, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for January 26, 2024 to February 16, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 173] and sets the Motion Hearing/Trial Setting on February 16, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On January 18, 2024, a plea agreement was lodged before the Court and a change of plea hearing will be set before the Magistrate Judge. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

Further, on September 8, 2023, Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from September 8, 2023 to February 16, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 1/24/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE